MILLER-SCHLOTT, INC., Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent, and Others, Defendants.— Order dismissing complaint as against defendant Title Guarantee and Trust Company reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to said defendant to answer within ten days on payment of costs. If said defendant is either an innocent custodian of a sum arising from the alleged fraudulent conveyances set forth in the complaint, or was a participant in the scheme to hinder, delay and defraud the plaintiff, a creditor, by taking and concealing funds that arose in the course of the transaction as alleged in the complaint, then said defendant was properly joined in this suit in equity to set aside the conveyances and to obtain any proceeds arising thereon to apply on the plaintiff's judgment. (Civ. Prac. Act, §§ 211, 212.) Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

J. CARSON MOORE, Respondent, v. ESTHER S. MOORE, Appellant.— On the court's own motion, the decision handed down on December 23, 1932, is hereby amended to read as follows: Order modified by granting to defendant leave to renew the motion for a jury trial on issues to be framed after the trial at Special Term of the issue of breach, abandonment and recission of the agreement dated July 1, 1930, and as so modified the order is affirmed, without costs. The issues are clearly severable, and the one first to be tried is whether the agreement has been breached or abandoned so that the plaintiff is entitled to rescission. If that issue be determined in plaintiff's favor, it would seem to dispose of the whole matter, and the counterclaims based on the agreement would naturally fall. If the determination is adverse to the plaintiff, the defendant should then have opportunity to ask for a jury trial on her counterclaims, if it then appears necessary that there should be any further trial. She did not waive the right of a jury trial by merely noticing the case for trial at Special Term. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur. [See *ante*, p. 852.]

THE NEW YORK GOOD HUMOR, INC., Appellant, v. STANDARD COMMERCIAL BODY CORPORATION and Others, Defendants, and HAROLD NADEL, Respondent.— Resettled order denying motion to punish defendant Nadel for contempt affirmed, with ten dollars costs and disbursements. We are of opinion that on the facts stated in the record it is not clear as a matter of law that there has been a violation of the injunction order. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur. [145 Misc. 752.]

BERTHA ST. ANDRASSY and ARTHUR ST. ANDRASSY, Respondents, v. JAMES D. MOONEY, Appellant, and JACK SEIGEL, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.